Donnell Hydraulic Company, a Corporation, Appellee, v. Florence Standish, d/b/a C. B. R. Motor Forwarding, Appellant.

Gen. No. 11,446.

Second District, Second Division.
February 23, 1961.

Eckert, Caldwell & Gleason, of Woodstock, for appellant; Carroll & Leali, of Woodstock, for appellee. Opinion by JUDGE SPIVEY. Not to be published in full.